2014 NOV -5 PM 4:41

DISTRICT OF O
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:14 C R 0396 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION TO SEAL INDICTMENT |
| RICHARD T. NEWBERRY, | ) | |
| | ) | JUDGE JAMES G. CARR |
| Defendant. | ) | MAG. JUDGE JAMES R. KNEPP II |

Now comes the United States of America, through the undersigned attorney, and respectfully moves this Court for an order sealing the Indictment. The Court has authorized an arrest warrant be issued for the defendant on the basis of the Indictment and disclosure of the same at this time may provide an opportunity for the defendant to flee prior to apprehension and/or risk harm to the officers who attempt to execute the warrant.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this Indictment should the defendant be located in another judicial district and a certified copy of the Indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,
STEVEN M. DETTELBACH
UNITED STATES ATTORNEY

By: /s/ Noah P. Hood
Noah P. Hood (MI – P75564)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, Ohio 43604
Phone: (419) 259-6376
Fax: (419) 259-6360
Email: noah.hood@usdoj.gov

MOTION TO SEAL GRANTED. IT IS SO ORDERED:

_____
James R. Knepp, II
U.S. MAGISTRATE JUDGE

11/5/2014   4:43pm
Date        Time