IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**United States of America,**

       Plaintiff,

       v.

**Richard T. Newberry,**

       Defendant(s).

Case No. **3:14 CR 396**

**O R D E R**

Upon the Government's oral motion to unseal this case after the arrest of the defendant, it is hereby ordered that this case is now unsealed.

So ordered.

                                    s/ James R. Knepp, II
                                    United States Magistrate Judge

Dated: November 7, 2014